UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| NAOMI BRUCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.: 3:12-CV-235-TLS |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of | ) |
| Social Security | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Report and Recommendation [ECF No. 25] of United States Magistrate Judge Christopher A. Nuechterlein, which was filed on March 13, 2013. In his Report and Recommendation, Judge Nuechterlein recommends that Bruce's motion to reverse or remand the Commissioner's decision be denied, and that the Commissioner's decision be affirmed. Judge Nuechterlein also gave notice that within fourteen (14) days after being served with a copy of this recommended disposition, a party may serve and file specific, written objections to the proposed findings or recommendations.

This Court's review of a magistrate's report and recommendation is governed by 28 U.S.C. § 636(b)(1), which provides in part:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

The statute permits objections to the magistrate's report and recommendations to be made within fourteen days of service of a copy of the report. *Id.*; *see also* Fed. R. Civ. P. 72(b) (setting forth

procedures for objecting to a magistrate's report and recommendation and the district court's resolution of any objections).

The Court has reviewed the Report and Recommendation submitted by Judge Nuechterlein and finds that his proposed disposition is well taken. As of the date of this Order, no objection to the Report and Recommendation has been filed, and the time for making objections has now passed. Having reviewed the Report and Recommendation prepared by Judge Nuechterlein, the Court ADOPTS the Report and Recommendation [ECF No. 25] in its entirety and AFFIRMS the Commissioner's decision for the reasons set forth in Judge Nuechterlein's analysis.

SO ORDERED on April 8, 2013.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT